UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JERMAL BACOTE ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | **CASE NO. 5:18-CT-3199-M** |
| SGT. DILLARD, CORRECTIONAL ) | |
| OFFICE HALE, AND CORRECTIONAL ) | |
| OFFICER COPELAND ) | |
| Defendants. ) | |

**Jury Verdict.**

**This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** the jury hereby finds defendants, Sgt, Dillard and Correctional Officer Hale, are not responsible for the use of excessive force.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the courts order entered on October 10, 2019, the court provided plaintiff notice that his claims against defendant Copeland are subject to dismissal without prejudice for failure to effect service within the 90-day period prescribed by Rule 4(m). (DE 25). Plaintiff did not respond to the court's August 8, 2019, order, or otherwise request an extension of time to complete service. Accordingly, the court DISMISSES plaintiff's claims against defendant Copeland without prejudice.

This Judgment filed and entered on November 9, 2021, and copies to:
Cory Tischbein and Lindsay T. Bass (via CM/ECF electronic notification)
Bettina J. Roberts (via CM/ECF electronic notification)

November 9, 2021

Peter A. Moore, Jr.
Clerk of Court

By: _Rm Lopz_
Deputy Clerk